UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-25178-CIV-MIDDLEBROOKS/REID
(16-20474-CR-MIDDLEBROOKS)

ANDY ARMAS,

      Movant,
v.

UNITED STATES OF AMERICA,

      Respondent.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court on Magistrate Judge Lisette M. Reid's Report and Recommendation ("Report"), issued on August 5, 2020. (DE 15). The Report recommends denying Movant Andy Armas's *pro se* Motion to Vacate, pursuant to 28 U.S.C. §2255. (*Id.*). Movant has not filed objections to the Report and the date to do so has passed.

After a careful review of Judge Reid's Report and the record in this case, I agree with the Report's recommendations. Further, I find that Movant has failed to make "a substantial showing of the denial of a constitutional right" sufficient to support the issuance of a Certificate of Appealability. *See* 28 U.S.C. § 2253.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that:

(1) The Report (DE 15) is **RATIFIED, ADOPTED, AND APPROVED** in its entirety.

(2) Movant Andy Armas's *pro se* Motion to Vacate pursuant to 28 U.S.C. § 2255 (DE 1) is **DENIED.**

(3) A Certificate of Appealability is **DENIED**.

(4) The Clerk of Court is directed to **CLOSE THIS CASE**.

(5) All pending motions are **DENIED AS MOOT.**

**SIGNED** in Chambers at West Palm Beach, Florida, this 16th day of September, 2020.

Donald M. Middlebrooks
United States District Judge

Copies to: Magistrate Judge Lisette Reid;
Counsel of Record;
Andy Armas, *Pro Se*
13619-104
D. Ray James Correctional Institution
Inmate Mail/Parcels
Post Office Box 2000
Folkston, GA 31537